IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LOTT, et al., | : | |
|     Plaintiffs | : | |
| | : | No. 1:13-cv-02768 |
| v. | : | |
| | : | |
| JAMES S. DUFFY, | : | (Judge Kane) |
|     Defendant | : | |

### ORDER

**AND NOW,** on this 14th day of November 2013, **IT IS HEREBY ORDERED THAT** Plaintiffs' motion to dismiss the above-captioned action (Doc. No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED THAT** judgment is entered against Defendant in the amount of $420.00 for Plaintiffs' attorneys' fees. The Clerk of Court is directed to close the case.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania